UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY G. MAGAÑA,<br><br>            Plaintiff,<br><br>vs.<br><br>YAKIMA CITY POLICE DEPARTMENT,<br><br>            Defendant. | No. 13-CV-3095-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

Magistrate Judge Rodgers filed a Report and Recommendation (ECF No. 13), recommending Mr. Magaña's request to voluntarily dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion (ECF No. 10) is **GRANTED** and this complaint is **DISMISSED WITHOUT PREJUDICE.**

ORDER DISMISSING COMPLAINT -- 1

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee (ECF No. 11) is **GRANTED** and the institution having custody of Mr. Magaña shall cease collection of the filing fee in this action, cause number **13-CV-3095-JTR.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** February 12, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COMPLAINT -- 2